UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-00104-AS | Date | April 24, 2025 |
|---|---|---|---|
| Title | Jane Doe v. County of Los Angeles, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER VACATING ORDER TO SHOW CAUSE**

On January 6, 2025, Jane Doe ("Plaintiff") filed a complaint against Los Angeles County, Los Angeles County Sheriff's Department (collectively, "County Defendants"), Los Angeles County Sheriff's Department Employee "Doe" Ponton ("Doe Ponton"), and Does 2–100. (Dkt. No. 1). On January 8, 2025, the Clerk issued a summons as to the County Defendants and Doe Ponton. (Dkt. No. 6). Plaintiff thereafter submitted proofs of service establishing that she served the County Defendants on January 13, 2025. (Dkt. Nos. 7, 8).

On April 10, 2025, the Court issued an Order to Show Cause why service was not timely made on Defendant Doe Ponton and why this case should not be dismissed against Doe Ponton without prejudice for failure to effectuate service and for lack of prosecution. (Dkt. No. 14). Plaintiff was directed to file a response no later than April 24, 2025. (Id.). On April 22, 2025, Plaintiff's counsel filed a declaration setting forth his attempts to identify and serve Defendant Doe Ponton. (Dkt. No. 15). On April 23, 2025, counsel for the County Defendants filed a declaration attesting that she will provide Doe Ponton's true name to Plaintiff's counsel as soon as she obtains that information. (Dkt. No. 16).

The Court finds that Plaintiff has shown good cause for her failure to serve Defendant Doe Ponton, based on repeated efforts to determine the identity of this Defendant, a Deputy Sheriff, from counsel for the County Defendants and several attempts to serve him at various locations. In view of Plaintiff's counsel's representation that he intends to continue his efforts to determine Doe Ponton's identity and location for service and Defendants' counsel's representation that she will be forthcoming with that information, the Court grants Plaintiff an additional forty-five (45) days to identify and serve Doe Ponton. Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-00104-AS | Date | April 24, 2025 |
|---|---|---|---|
| Title | Jane Doe v. County of Los Angeles, et al. | | |

Accordingly, the OSC issued on April 10, 2025 is VACATED.

**IT IS SO ORDERED.**