**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 2:25-cv-00104-AS |
| Plaintiff, | [Assigned to the Honorable Alka Sagar, United States Magistrate Judge] |
| vs. | |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY SHERIFF'S EMPLOYEE "DOE" PONTON, as an individual and in his official capacity, and DOES 2 through 100, inclusive, | **[PROPOSED] ORDER RE AMENDMENT TO COMPLAINT (Fictitious /Incorrect Name)**  Action Filed: 01/06/2025 |
| Defendants. | |

**ORDER**

THE COURT ORDERS that the fictitious name of Defendant LOS ANGELES COUNTY SHERIFF'S EMPLOYEE "DOE" PONTON, as an individual and in his official capacity, having discovered the true name of Defendant to be ROBERT PONTON, as an individual and in his official capacity, now amends the Complaint by substituting the true name for the fictitious name wherever it appears in the Complaint.

1  IT IS SO ORDERED that the amendment is approved and filed.

Dated: May 13, 2025                    / s / Sagar
                                       Honorable Alka Sagar
                                       United States Magistrate Judge